UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CURTIS DASHAWN BARKER, | ) CASE NO. ED CV 11-1590-DMG (PJW) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MICHAEL MARTEL, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    August 21, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\ED11CV01590DMG(PJW)_Barker_J.wpd